MAR 1 1 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08 CR 691 JLS |
| Plaintiff, | ) ) | I N F O R M A T I O N |
| v. | ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| NELSON MARTINEZ-ODELON, | ) ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) ) | |

The United States Attorney charges:

Count 1

On or about JANUARY 28, 2008 , within the Southern District of California, defendant NELSON MARTINEZ-ODELON, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WMC:jam:San Diego
2/22/08

<u>Count 2</u>

On or about February 11, 2008, within the Southern District of California, defendant NELSON MARTINEZ-ODELON, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 3|11|08 .

                                    KAREN P. HEWITT
                                    United States Attorney


                              W. MARK CONOVER
                              Assistant U.S. Attorney